UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:  Yunailyn Del Pino          Case No: 14-34254-RAM
                                                        Chapter 13

_____Debtors_____/


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on November 6, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Yunailyn Del Pino
5881 West 2nd Court
Hialeah, FL 33012

Regions Bank
1900 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203

Via Certified Mail:

Regions Bank  
c/o O. B. Grayson Hall, Jr. CEO  
1900 5th Avenue N.  
Birmingham, AL 35203

Regions Bank  
Corporation Service Company, R.A.  
1201 Hays Street  
Tallahassee, FL 32301

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**  
Attorney for Debtor  
355 West 49th Street  
Hialeah, FL 33012  
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____  
 Robert Sanchez, Esq., FBN#0442161