# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Yunailyn Del Pino            Case No. 14-34254-RAM
                                                              Chapter 13

_____Debtor_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

    ☒ The debtor has filed an objection to the proof of claim filed by JPMorgan Chase Bank, National Association .

    ☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

    ☐ Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on February 19, 2016 .

                                       Submitted by:
                                       **ROBERT SANCHEZ, P.A.**
                                       Attorney for Debtor
                                       355 W 49th Street
                                       Hialeah, FL 33013
                                       Tel. (305) 687-8008

                                       By:/s/Robert Sanchez_____
                                       Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)