**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                                    Case Number: 14-34254-BKC-RAM
                                                          Chapter 13
YUNAILYN DEL PINO,

       DEBTOR(S).
_____/

**<u>TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PLAN
LANGUAGE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING</u>**

       Nancy K., Neidich, Standing Chapter 13 Trustee, by and through undersigned counsel,

files the instant Motion to Dismiss for failure to comply with plan language by not filing with the

Court a statement of the income and expenditures of the Debtor(s), and states as follows:

       1.    The Debtor's confirmed plan contains language which states:

> The debtor(s) is hereby advised that the chapter 13 trustee has
> requested that the debtor(s) comply with 521(f) 1-4 on an annual
> basis during the pendency of this case. The debtor(s) hereby
> acknowledges that the deadline for providing the Trustee with their
> filed tax returns is modified to be on or before May 15 each year
> the case is pending and that the debtor shall provide the Trustee
> with verification of their disposable income if their gross
> household income increases by more than 3% over the previous
> year's income.

[ECF No. 38].

       2.    The Debtor provided the Trustee with a copy of the 2015 Federal tax returns on or

about May 31, 2016, which show an increase in income of $43,460.92 in 2015 over the income

disclosed on the Debtor's CMI form [ECF No. 4].

       3.    Accordingly, the Trustee requests the Debtor's case be dismissed for failure to

comply with the plan language which requires verification of the Debtor's disposable income

(amended schedules reflecting the change in income) when the Debtor's gross household income

increases by more than 3% over the previous year's income and for failure to disclose income.

WHEREFORE, the Trustee requests that Debtor's case be dismissed for failure to comply with the language in the confirmed plan and for any other relief deemed necessary by the Court.

NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: _____/s/_____
ADISLEY CORTEZ-RODRIGUEZ, ESQ.
FLORIDA BAR NO: 91727
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing and the notice of hearing generated by ECF were served on Counsel for the Debtor(s) by regular mail to:

Yunailyn Del Pino
5881 W 2nd Court
Hialeah, FL 33012−2610

Dated: June 15, 2016.

By: _____/s/_____
ADISLEY CORTEZ-RODRIGUEZ, ESQ.

2