UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Yunailyn Del Pino                                    Case No. 14-34254
    Debtors                                        Chapter 13
_____/

## NOTICE OF FILING

      **COMES NOW,** undersigned counsel and files this Notice of Filing of Debtor's

Pro Forma for 2015.

      **I HEREBY CERTIFY,** that a copy of this Notice of Filing of Debtors' Trial

Period Agreement has been sent this 8th day of July, 2016 via CM/ECF to: Nancy N.

Neidich, Trustee.


                   **ROBERT SANCHEZ, P.A.**
                   355 West 49th Street
                   Hialeah, FL  33012
                   Tel. 305-687-8008
                   Fax 305-512-9701

                   By:*/s/ Robert Sanchez*_____
                     Robert Sanchez, Esq., FBN#0442161