UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Yunailyn Del Pino                                    Case No. 14-34254
    Debtors                                           Chapter 13
_____/

## NOTICE OF FILING

**COMES NOW,** undersigned counsel and files this Notice of Filing of Debtor's Pro Forma for 2015.

**I HEREBY CERTIFY,** that a copy of this Debtors Pro Forma for 2015 has been sent this 12th day of July, 2016 via CM/ECF to: Nancy N. Neidich, Trustee.

**ROBERT SANCHEZ, P.A.**
355 West 49th Street
Hialeah, FL  33012
Tel. 305-687-8008
Fax 305-512-9701

By:/s/ *Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161