UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Yunailyn Del Pino                        Case No. 14-34254-RAM

    Debtor.                                  Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 31, 2014 the instant Chapter 13 case was filed.

2. On February 24, 2015 Debtor's Second Amended Chapter 13 plan was confirmed.

3. On June 15, 2016, the Chapter 13 Trustee filed a Motion to Dismiss for Failure to Comply with Plan Language.

4. The Debtor provided the requested tax returns to the Trustee immediately thereafter.

5. On July 12, 2016, the Debtor filed 2015 Pro-Forma CMI [ECF#61-1] showing an increase in income for that year.

6. On August 15, 2016, the Trustee and the Debtor agreed to settle the increased income of the 2015 year for an additional increased amount of $2,528.40 to the unsecured creditors.

7. This increased amount added to the $5,371.60 that the Debtor was paying to her unsecured creditors brings the total to be paid to the unsecured creditors to $7,900.00.

8. The Debtor desires to modify her plan in order to provide for the agreed upon amount to settle the matter.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 15th day of August, 2016:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161