**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST MODIFIED PLAN

DEBTOR: Yunailyn Del Pino       JOINT DEBTOR: _____    CASE NO.: 14-34254-RAM
Last Four Digits of SS# 2386       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 183.94    for months 1 to 21 ; in order to pay the following creditors:
    B.    $ 272.23    for months 22 to 60        ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 (Motion to value) + $525 (motion to modify)= 4950
    TOTAL PAID $1500    Balance Due $ 3450
    payable $ 139.29/month (Months 1 to 21)
    payable $ 175 /month (Months 22 to 24)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____       Arrearage on Petition Date $ _____
Address: _____       Arrears Payment $ _____/month (Months ___ to ___)
_____                Regular Payment $ _____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Regions Account No: xxxx0025 | 5881 West 2 Court, Hialeah, FL 33012 $220,000 | 0% | None | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service       Total Due $ 1636.17
    Payable $ 20.86 /month (Months 1 to 21) and Payable $ 30.72 /month (Months 22 to 60)

Unsecured Creditors: Pay $ 3.23/month (Months 1 to 21); Pay $ 39.29/month (Months 22 to 24); Pay $ 214.29/month (Months 25 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Chase Bank and Wells Fargo and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq. _____                 _____
Attorney for the Debtor                                 Joint Debtor
Date: 8/15/2016 _____                         Date: _____

LF-31 (rev. 01/08/10)