UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                        Case No.: 14-34254-BKC-RAM
YUNAILYN DEL PINO,                            Chapter 13


        Debtor(s).
_____/

### TRUSTEE'S MOTION TO MODIFY PLAN
### AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW**, Nancy K. Neidich, Esq., Standing Chapter 13 Trustee, by and through undersigned counsel, and files the instant Motion to Modify and states as follows:

1. The Debtor's Confirmed Chapter 13 plan [ECF No. 67] requires the Debtor(s) to provide the Trustee with her federal tax returns on or before May 15 for each year the case is pending.

2. 11 U.S.C. § 521(f) enables the Trustee to request the Debtor's federal tax returns.

3. On March 20, 2017, the Trustee received the Debtor's 2016 federal tax returns which indicate a substantial increase in the Debtor's income.

4. The Debtor's wage income has increased as follows:

|  | Tax Year 2016 |
|---|---|
| Debtor's disclosed income [ECF No. 58] | $78,186.72 |
| Income on taxes | $95,799.00 |
| Increase in income of | $17,613.00 |

5.  As the Debtor's income has increased, the Trustee requests the Debtor file amended Statement of Current Monthly income ("CMI") and schedule I and J to determine disposable income and modify the plan accordingly.

**WHEREFORE**, the Trustee requests this Honorable Court require the Debtor's to file amended Schedule I and J in order to determine their disposable income along with a modified plan and for any other such relief as may be deemed necessary by the Court.

Respectfully submitted:
NANCY K. NEIDICH, ESQ
CHAPTER 13 TRUSTEE

/s/
By:       ADISLEY CORTEZ-RODRIGUEZ ESQ.
FLORIDA BAR NO.: 0091727
P.O. BOX 279806
MIRAMAR, FL 33027
(954)  443-4402

Dated: _5-11-17_

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the notice of hearing generated by ECF were served on Counsel for the Debtor(s) on _5-11-17_ .

By U.S. first class mail:

Yunailyn Del Pino
5881 W 2nd Court
Hialeah, FL 33012−2610

2